UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-124-MWF(RAOx)**                                    Dated: **August 19, 2016**

Title:    Robert P. Griffin -v- Experian Information Solutions, Inc., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Mediation Report filed August 10, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **September 12, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                          Initials of Deputy Clerk __rs__
CIVIL - GEN