```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                     12/21/2016

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:      CW         DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. GRIFFIN, an Individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, is a corporation; BANK OF AMERICA, is a corporation; WILSHIRE CREDIT CORP, an unknown business entity form unknown, and DOES 1-15, Inclusive,<br><br>  Defendants. | Case No.2:16-cv-00124 MWF (RAOx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT BANK OF AMERICA, N.A. |

Plaintiff Robert P. Griffin and Defendant Bank of America, N.A. have announced to the Court that all matters in controversy between them have been resolved.

---

1

ORDER re: Stipulation of Dismissal With Prejudice of Bank of America

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Robert P. Griffin against Defendant Bank of America, N.A. are dismissed with prejudice.

DATED this 21st day of December, 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE