Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Robert P. Griffin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. GRIFFIN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, is a corporation; BANK OF AMERICA, is a corporation; WILSHIRE CREDIT CORP, an unknown business entity form unknown, and DOES 1-15, Inclusive,<br><br>Defendants. | Case No.2:16-cv-00124 MWF (RAOx)<br>Assigned: Hon. Michael W. Fitzgerald<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. AND THE ENTIRE CASE |

Plaintiff Robert P. Griffin and Defendant Experian Information Solutions Inc. have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the court, Plaintiff Robert P. Griffin stipulates to the dismissal of all claims against Defendant Experian Information Solutions Inc.;

2. This stipulation for dismissal is with prejudice;

---

Stipulation of Dismissal With Prejudice of Experian

3. Each party to pay their own incurred attorneys' fees and costs;

4. Furthermore, since there are no remaining defendants, the entire case is dismissed with prejudice.

Dated: December 28th, 2016 **LAW OFFICES OF ROBERT F. BRENNAN APC**

By: */s/ Robert F. Brennan*
Robert F. Brennan, Esq.
Attorney for Plaintiff
Robert P. Griffin

Dated: December 28th, 2016            **JONES DAY**

BY: */s/ Jennifer Sun*
Jennifer Sun, Esq.
Attorneys for Defendant
Experian Information Solutions Inc.

---

Stipulation of Dismissal With Prejudice of Experian