NOTE CHANGES MADE BY COURT.

```
            FILED
    CLERK, U.S. DISTRICT COURT

         12/29/2016

  CENTRAL DISTRICT OF CALIFORNIA
  BY:      CW        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. GRIFFIN, an Individual;<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, is a corporation; BANK OF AMERICA, is a corporation; WILSHIRE CREDIT CORP, an unknown business entity form unknown, and DOES 1-15, Inclusive,<br><br>　　　Defendants. | Case No.2:16-cv-00124 MWF (RAOx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. |

　　　Plaintiff Robert P. Griffin and Defendant Experian Information Solutions Inc. have announced to the Court that all matters in controversy between them have been resolved.

　　　A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

---
1
ORDER re: Stipulation of Dismissal With Prejudice of Experian and Entire Case

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Robert P. Griffin against Defendant Experian Information Solutions Inc. are in all respects dismissed with prejudice.

DATED this 29th day of December 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE