Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Robert P. Griffin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. GRIFFIN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, is a corporation; BANK OF AMERICA, is a corporation; WILSHIRE CREDIT CORP, an unknown business entity form unknown, and DOES 1-15, Inclusive,<br><br>Defendants. | Case No.2:16-cv-00124 MWF (RAOx)<br>Assigned: Hon. Michael W. Fitzgerald<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WILSHIRE CREDIT CORP |

Upon approval by the court, Plaintiff Robert P. Griffin stipulates to the dismissal of all claims against Defendant Wilshire Credit Corp;

2. This stipulation for dismissal is with prejudice;

3. Each party to pay its own incurred attorneys' fees and costs; and

Dated: December 30th, 2016   **LAW OFFICES OF ROBERT F. BRENNAN, APC**

Stipulation of Dismissal With Prejudice 1        of Wilshire Credit Corp

1
2          By: */s/ Robert F. Brennan*
3               Robert F. Brennan, Esq.
                Attorney for Plaintiff
4               Robert P. Griffin
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28