JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/4/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. GRIFFIN, an Individual;<br><br>   Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, is a corporation; BANK OF AMERICA, is a corporation; WILSHIRE CREDIT CORP, an unknown business entity form unknown, and DOES 1-15, Inclusive,<br><br>   Defendants. | Case No.2:16-cv-00124 MWF (RAOx)<br>Assigned: Hon. Michael W. Fitzgerald<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT WILSHIRE CREDIT CORP |

   Plaintiff Robert P. Griffin has announced to the Court that all matters in controversy between him and Defendant Wilshire Credit Corp have been resolved.
   A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Robert P. Griffin against Defendant Wilshire Credit Corp are dismissed
3  with prejudice.

5  DATED this 4th day of January, 2017.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE